IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TROY SLAFFEY | : | CIVIL ACTION |
| | : | NO. 15-2771 |
| | : | |
| vs. | : | |
| | : | |
| PNMAC MORTGAGE OPPORTUNITY | : | |
| FUND INVESTORS, LLC/PENNYMAC | : | |
| LOAN SERVICES | : | |

## ORDER

AND NOW, this 24th May, 2016, the motion for summary judgment by defendants PNMAC Mortgage Opportunity Fund Investors, LLC and PennyMac Loan Services is GRANTED and JUDGMENT IS ENTERED in favor of said defendants and against plaintiff Troy Slaffey.

*s/ Thomas N. O'Neill, Jr.*
THOMAS N. O'NEILL, JR.    J.